```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                         14-20309-CR-BB/VALLE
 3

 4   THE UNITED STATES OF AMERICA, )
                                   )
 5                PLAINTIFF,       )
                                   )
 6        VS.                      )
                                   )
 7   ETHELBERT EKWOMADU, AND       )
     ANNIE EKWOMADU-SALIS,         )
 8                                 )
                  DEFENDANTS.      )
 9   _____)
10                 (TRANSCRIPT BY DIGITAL RECORDING)
11
12          TRANSCRIPT OF INITIAL APPEARANCE HAD BEFORE THE
13   HONORABLE WILLIAM C. TURNOFF, IN MIAMI, MIAMI-DADE COUNTY,
14   FLORIDA, ON MAY 11, 2009, IN THE ABOVE-STYLED MATTER.
15
16
     APPEARANCES:
17
     FOR THE GOVERNMENT:    ROSA RODRIGUEZ-MERA, A.U.S.A.
18                          99 NE 4TH STREET
                            MIAMI, FL 33132 - 205 961-9000
19
     FOR DEFENDANT          (NO COUNSEL PRESENT)
20   EKWOMADU:
21   FOR DEFENDANT          CELESTE S. HIGGINS, A.F.P.D.
     EKWOMADU-SALIS:        150 W. FLAGLER STREET, SUITE 1500
22                          MIAMI, FL 33130 - 305 536-6900
23               CARL SCHANZLEH RPR - CM
                  CERTIFIED COURT REPORTER
24                  9960 SW 4TH STREET
                  PLANTATION, FLORIDA 33324
25                     954 424-6723
```

1  (MIAMI, MIAMI-DADE COUNTY, FLORIDA;  MAY 11, 2009, IN OPEN
2  COURT.)
3           THE COURT:  ALL RIGHT.  LET'S CALL OUT ETHELBERT
4  EKWOMADU AND ANNIE EKWOMADU-SALIS, CASE NUMBER 09-2622.
5           MS. RODRIGUEZ-MERA:  GOOD AFTERNOON, YOUR HONOR.  ROSA
6  RODRIGUEZ-MERA ON BEHALF OF THE UNITED STATES.
7           THE COURT:  WHERE IS ETHELBERT EKWOMADU?
8           YOUR NAME AND AGE, PLEASE?
9           MR. EKWOMADU:  I'M HERE (INAUDIBLE)
10          THE COURT:  YOU HAVE TO SPEAK UP.
11          WHAT'S YOUR NAME?
12          MR. EKWOMADU:  MY NAME IS ETHELBERT EKWOMADU.
13          THE COURT:  HOW OLD ARE YOU?
14          MR. EKWOMADU:  I'M 42 YEARS.
15          THE COURT:  OKAY.  AND WHERE IS ANNIE EKWOMADU-SALIS?
16          MS. EKWOMADU-SALIS:  I'M HERE.
17          THE COURT:  WHAT IS YOUR NAME?
18          MS. EKWOMADU-SALIS:  ANNIE EKWOMADU-SALIS.
19          THE COURT:  HOW OLD ARE YOU?
20          MS. EKWOMADU-SALIS:  THIRTY-FOUR.
21          THE COURT:  ALL RIGHT.  THIS IS YOUR INITIAL
22  APPEARANCE IN FEDERAL COURT.  YOU ARE CHARGED BY WAY OF A
23  COMPLAINT WITH, BY WAY OF SUMMARY, WIRE AND BANK FRAUD.  WE
24  WILL MAKE A COPY OF THE COMPLAINT AVAILABLE TO YOU.
25          YOU HAVE THE RIGHT TO HIRE A LAWYER OF YOUR OWN

1  CHOICE.  IF YOU CANNOT AFFORD TO HIRE A LAWYER I WILL APPOINT
2  ONE FOR YOU FREE OF CHARGE.  YOU HAVE THE RIGHT TO HAVE YOUR
3  LAWYER PRESENT DURING ANY QUESTIONING BY THE AUTHORITIES AND AT
4  ALL COURT APPEARANCES, INCLUDING THIS ONE.  YOU HAVE THE RIGHT
5  TO CONSULT WITH YOUR LAWYER BEFORE ANSWERING ANY QUESTIONS.
6          YOU HAVE THE RIGHT TO A BOND HEARING AND YOU MAY BE
7  ENTITLED TO RELEASE ON BOND.
8          YOU ARE NOT REQUIRED TO MAKE ANY STATEMENT.  ANY
9  STATEMENT YOU MAKE CAN BE USED AGAINST YOU.
10         YOUR NEXT APPEARANCE WILL BE HERE FOR A PRELIMINARY
11 HEARING OR ARRAIGNMENT.  AT THE PRELIMINARY HEARING THE
12 GOVERNMENT WILL HAVE TO ESTABLISH THAT THERE IS PROBABLE CAUSE
13 TO BELIEVE THAT A CRIME WAS COMMITTED AND THAT YOU COMMITTED
14 IT.
15         HOWEVER, IF YOU ARE INDICTED BY A GRAND JURY BEFORE
16 THE DATE SET FOR THAT HEARING YOUR NEXT APPEARANCE WILL BE HERE
17 FOR ARRAIGNMENT AT WHICH TIME YOU WILL ENTER YOUR PLEA TO THE
18 CHARGES.
19         ACCORDINGLY, WE WILL SET THIS MATTER FOR A PRELIMINARY
20 HEARING, ARRAIGNMENT FOR MAY 26TH, 2009, AT TEN A.M.
21         MR. EKWOMADU, ARE YOU GOING TO BE ABLE TO HIRE A
22 LAWYER?
23         MR. EKWOMADU:  NO, SIR.
24         THE COURT:  DO YOU WANT ME TO APPOINT A LAWYER FOR
25 YOU?

| | |
|---|---|
| 1 | MR. EKWOMADU:  YES, MY LORD. |
| 2 | THE COURT:  MISS ANNIE EKWOMADU-SALIS, ARE YOU GOING |
| 3 | TO BY ABLE TO HIRE A LAWYER? |
| 4 | MS. EKWOMADU-SALIS:  NO, MY LORD. |
| 5 | THE COURT:  WOULD YOU LIKE ME TO APPOINT A LAWYER FOR |
| 6 | YOU? |
| 7 | MS. EKWOMADU-SALIS:  YES, MY LORD. |
| 8 | THE COURT:  RAISE YOUR RIGHT HAND. |
| 9 | (DEFENDANTS SWORN) |
| 10 | MR. EKWOMADU:  YES, MA'AM. |
| 11 | MS. EKWOMADU-SALIS:  YES, I DO. |
| 12 | THE COURT:  ALL RIGHT.  ARE YOU MARRIED? |
| 13 | ARE YOU MARRIED? |
| 14 | MR. EKWOMADU:  YES, I'M MARRIED. |
| 15 | MS. EKWOMADU-SALIS:  YES. |
| 16 | THE COURT:  OKAY.  AND SO YOU ARE HUSBAND AND WIFE, |
| 17 | CORRECT? |
| 18 | MR. EKWOMADU:  NO. |
| 19 | MS. EKWOMADU-SALIS:  NO. |
| 20 | MR. EKWOMADU:  WE ARE SISTER AND BROTHER. |
| 21 | THE COURT:  THAT'S YOUR SISTER? |
| 22 | MR. EKWOMADU:  YES. |
| 23 | MS. EKWOMADU-SALIS:  YEAH. |
| 24 | THE COURT:  OKAY.  MR. EKWOMADU, DOES YOUR WIFE -- DO |
| 25 | YOU HAVE A JOB? |

```
 1              MR. EKWOMADU:  I HAVE A PART-TIME JOB.
 2              THE COURT:  DO YOU OWN A HOUSE, A CAR, A BOAT, OR A
 3   TRUCK?
 4              MR. EKWOMADU:  I OWN A TRUCK.
 5              THE COURT:  DO YOU HAVE ANY MONEY IN THE BANK?
 6              MR. EKWOMADU:  I HAVE UP TO 2,000 IN THE BANK.
 7              THE COURT:  ABOUT $2,000?
 8              MR. EKWOMADU:  YEAH.
 9              THE COURT:  DO YOU OWN ANY OTHER SIGNIFICANT ASSET OR
10   PROPERTY?
11              MR. EKWOMADU:  I HAVE A HOUSE IN MY COUNTRY, BUT HERE
12   IN AMERICA I DON'T HAVE.
13              THE COURT:  OKAY.  AND MISS ANNIE EKWOMADU-SALIS.
14              MS. EKWOMADU-SALIS:  YES, MY LORD.
15              THE COURT:  OKAY.  YOU ARE MARRIED?
16              MS. EKWOMADU-SALIS:  YES.
17              THE COURT:  DO YOU WORK?
18              MS. EKWOMADU-SALIS:  YES.
19              THE COURT:  WHAT IS YOUR JOB?
20              MS. EKWOMADU-SALIS:  HOME HEALTH.
21              THE COURT:  I'M SORRY?
22              MS. EKWOMADU-SALIS:  HOME HEALTH.
23              THE COURT:  OKAY.  DOES YOUR HUSBAND WORK?
24              MS. EKWOMADU-SALIS:  YEAH.  PART TIME.
25              THE COURT:  OKAY.  DO YOU OWN A HOUSE, A CAR, A BOAT,
```

```
 1  OR A TRUCK?
 2          MS. EKWOMADU-SALIS:  NO.
 3          THE COURT:  DO YOU HAVE ANY MONEY IN THE BANK?
 4          MS. EKWOMADU-SALIS:  YES, MY LORD.
 5          THE COURT:  APPROXIMATELY HOW MUCH?
 6          MS. EKWOMADU-SALIS:  APPROXIMATELY 1,000.
 7          THE COURT:  DO YOU OWN ANY REAL ESTATE OR ANY OTHER
 8  SIGNIFICANT ASSET OR PROPERTY?
 9          MS. EKWOMADU-SALIS:  NO, MY LORD.
10          THE COURT:  ALL RIGHT.  THEY BOTH QUALIFY FOR COURT
11  APPOINTED COUNSEL.  I WILL APPOINT THE FEDERAL PUBLIC DEFENDER
12  FOR -- I DO IT FOR ANNIE EKWOMADU-SALIS, AND A CJA FOR
13  ETHELBERT EKWOMADU.
14          AND I WOULD ASK THAT WE GO OFF THE RECORD.  I WOULD
15  ASK FOR LATER FOR PURPOSES OF BOND ONLY IF YOU CONFER WITH BOTH
16  OF THEM.
17          MS. HIGGINS:  I'M SORRY, YOUR HONOR.  I WASN'T WHAT
18  THE GOVERNMENT IS REQUESTING.
19          MS. RODRIGUEZ-MERA:  PRETRIAL DETENTION, RISK OF
20  FLIGHT.
21          MS. HIGGINS:  I WILL RIGHT NOW, YOUR HONOR.
22          THE COURT:  OFF THE RECORD.  WE ARE OFF THE RECORD.
23          MS. HIGGINS:  I ALSO WANT TO KNOW THAT MR. EKWOMADU --
24          THE COURT:  ALL RIGHT.  HOLD ON.
25          BACK ON THE RECORD.
```

```
 1            MS. HIGGINS:  EXPLAIN TO BOTH THE EKWOMADUS, THE
 2  GOVERNMENT'S REQUEST FOR NO BOND IN THIS SITUATION.  OBVIOUSLY
 3  THE COURT CAN SET MR. EKWOMADU'S BOND WHENEVER IS APPROPRIATE
 4  FOR THE CJA ATTORNEY.
 5            I WOULD ASK THAT THE COURT SET THIS MATTER DOWN FOR
 6  MISS EKWOMADU FOR WEDNESDAY AT TEN A.M.
 7            THE COURT:  SO ORDERED.  I WILL DO THAT AS TO BOTH OF
 8  THEM.  THEY WILL BE TEMPORARILY DETAINED PENDING DETENTION
 9  HEARING WEDNESDAY AT TEN A.M.
10            AND AS TO ETHELBERT EKWOMADU, IN VIEW OF AT LEAST A
11  HOUSE BEING OWNED IN ITALY I'M GOING TO ORDER MR. EKWOMADU TO
12  CONTRIBUTE $5,000 INTO THE REGISTRY OF THE COURT TOWARDS THE
13  COST OF COURT APPOINTED COUNSEL.  THIS WILL BE DUE ON OR ABOUT
14  BY CLOSE OF BUSINESS MAY 29, 2009.
15            OF COURSE, IF THAT IS -- TURNS OUT TO BE NONEXISTENT,
16  THE PROPERTY, OR THERE ARE SOME OTHER ISSUES HIS CJA LAWYER CAN
17  ADDRESS THAT ISSUE IN DUE COURSE.  BUT THAT IS MY PRESENT
18  ORDER.  SO, WILL I APPOINT A CJA LAWYER FOR MR. ETHELBERT
19  EKWOMADU AND WE WILL SEE THEM BOTH ON WEDNESDAY AT TEN A.M.
20  THEY WILL BE TEMPORARILY DETAINED.
21            MS. HIGGINS:  YOUR HONOR, MAY I ASK THAT WE BE
22  SPECIALLY SET TO BE NUMBER ONE?  I HAVE THE FEDERAL BAR
23  LUNCHEON AT 11:45.
24            THE COURT:  WHICH I WILL HAVE TO MISS.
25            MS. HIGGINS:  BUT I CAN'T.  SO --
```

1          THE COURT:  I KNOW.  YES.
2          MS. HIGGINS:  COULD THAT BE SET FIRST?
3          THE COURT:  LAKESA, WE WILL SET THIS NUMBER ONE
4 WEDNESDAY.
5          MS. HIGGINS:  THANK YOU, YOUR HONOR.
6          MS. RODRIGUEZ-MERA:  AND, FOR THE RECORD, YOUR HONOR,
7 THERE ARE DETAINERS PLACED ON BOTH OF THESE INDIVIDUALS.
8          THE COURT:  IMMIGRATION DETAINERS?
9          MS. RODRIGUEZ-MERA:  YES, YOUR HONOR.
10         THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.
11                              - - -

C E R T I F I C A T E

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

    I, CARL SCHANZLEH, OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, DO HEREBY CERTIFY THAT THE FOREGOING 8 PAGES CONSTITUTE A TRUE TRANSCRIPT OF THE PROCEEDINGS HAD BEFORE THE SAID COURT HELD IN THE CITY OF MIAMI, FLORIDA, IN THE MATTER THEREIN STATED.

    IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS 18TH DAY OF JULY 2014.

    /S/CARL SCHANZLEH
    CARL SCHANZLEH, RPR-CM
    CERTIFIED COURT REPORTER
    9960 SW 4TH STREET
    PLANTATION, FL  33324
    TELEPHONE 954 424-6723